IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEAN N. ANGELL,<br><br>　　　　　Defendant. | Case No. C06-370<br><br><br>DEFAULT JUDGMENT |

Default having been entered against the Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper declaration with me as to the amount due;

Judgment is, therefore, hereby rendered in favor of the Plaintiff, United States of America, and as follows against Defendant, Sean N. Angell:

CAUSE OF ACTION

| | |
|---|---:|
| Principal: | $4,834.18 |
| Prejudgment Interest to November 22, 2005,<br>at 5.3% per annum: | <u>$169.69</u> |
| TOTAL: | $5,003.87 |

1. Interest continues to accrue at 5.3% per annum to entry of judgment on the principal

ORDER OF DEFAULT - 1

amount of $4,834.18

2. Interest accrues on the total judgment amount after judgment at the legal rate until fully paid.

3. The United States of America shall have and recover filing fees allowed pursuant to 28 U.S.C. 2412(a)(2) in the amount of Two Hundred Fifty Dollars ($250.00).

DATED this 2nd day of JUNE, 2006.

_____

Bruce Rifkin

Clerk, U.S. District Court

ORDER OF DEFAULT - 2